THOMAS P. QUINN (State Bar No. 132268)
NOKES & QUINN
410 Broadway, Suite 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax:  (949) 376-3070
Email:  tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| VIVIANNE H. BARBERO,<br><br>     Plaintiff,<br><br>     vs.<br><br>EQUIFAX INFORMATION<br>SERVICES LLC,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:<br><br>**EQUIFAX INFORMATION<br>SERVICES LLC'S NOTICE OF<br>REMOVAL** |

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, hereby files this Notice of Removal of this action from the Superior Court of Santa Clara County, wherein it is now pending as Case No. 114cv260766 , to the United States District Court for the Northern District of California, San Jose Division. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446.   In support hereof, Defendants show this Court as follows:

- 1 –

**EQUIFAX INFORMATION SERVICES LLC'S
NOTICE OF REMOVAL
Case No.  _____**

1.      An action was filed on February 18, 2014 in the Superior Court of Santa Clara County, entitled *Barbero v. Equifax Information Services LLC,* Case No.114cv260766 (the "State Court Action").

2.      Equifax was served with the Complaint on February 24, 2014.

3.      This Notice is being filed with this Court within thirty (30) days after Equifax was served with a copy of Plaintiff's initial pleading setting forth the grounds for her action and her claims for relief.

4.      This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States; specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"),  as follows:

(a)      Plaintiff's Complaint, on its face, alleges a violation of the FCRA. (*See* Plaintiff's Complaint, attached as Exhibit A).

(b)      The FCRA, pursuant to 15 U.S.C. § 1681p, provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

5.      Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to Plaintiff and to the Clerk of the Superior Court of Santa Clara County, California, as required by 28 U.S.C. § 1446(d).

- 2 –

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

**EQUIFAX INFORMATION SERVICES LLC'S**
**NOTICE OF REMOVAL**
**Case No.  _____**

6.     Attached hereto, as Exhibit A, are copies of the Summons and Complaint served upon Equifax in the State Court Action.

WHEREFORE, Equifax requests that the above-described action be removed to this Court.

Respectfully submitted this 25th day of March, 2014.

NOKES & QUINN


/s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.
Attorney for Defendant Equifax
Information Services LLC

- 3 -
**EQUIFAX INFORMATION SERVICES LLC'S**
**NOTICE OF REMOVAL**
**Case No.**  _____

## <u>CERTIFICATE OF SERVICE</u>

### VIVIANNE H. BARBERO v. EQUIFAX INFORMATION SERVICES LLC, CASE NO:

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On March 25, 2014,  I served a true copy of DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF REMOVAL

[ ]     By personally delivering it to the persons(s) indicated below in the manner as provided in Federal Rule of Civil Procedure 5(B)

[X ]    By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X]     By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

Ben Dupre
2005 De La Cruz Blvd., Suite 203
Santa Clara, CA 95050

Ronald Wilcox
1900 The Alameda, Suite 530
San Jose, CA 95126

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/S/Thomas P. Quinn, Jr.

**EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF REMOVAL**
**Case No.** _____

1  Place of Mailing:  Laguna Beach, California

2  Executed on March 25, 2014, at Laguna Beach, California.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EQUIFAX INFORMATION SERVICES LLC'S**
**NOTICE OF REMOVAL**
**Case No.  _____**