BEN DUPRE, Bar No. 231191
2005 De La Cruz Bld., Suite 203
Santa Clara, CA 95050
Tel: 408-727-5377
Fax: 408-727-5310

RONALD WILCOX, Bar No. 176601
1900 The Alameda Ste, 530
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

Counsel for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| **Vivianne Barbero**, | Case No.: 5:14-cv-01356-BLF |
| Plaintiff, | **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
| v. | |
| **Equifax Information Services, LLC.** and DOES 1-10, | |
| Defendants. | |

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant Equifax Information Services, LLC. through their counsel of Record, that:

    1.    The above-captioned action is voluntarily dismissed, with prejudice, against the Defendant.

    2.    The parties stipulating here, Plaintiff and Defendant, shall be responsible for their

own costs and attorneys' fees associated with this litigation.

DATED:  January 5, 2015                                    **KING & SPALDING LLP**


                                                           By /s/ Tom Quinn
                                                           Attorney for Defendant

DATED:  January 5, 2015

                                                           **DUPRE LAW FIRM, P.C.**


                                                           By /s/ Ben E. Dupre
                                                           Ben Dupre
                                                           Attorney for Plaintiff

## [PROPOSED] ORDER

The Court hereby adopts the stipulation of the parties.

**IT IS SO ORDERED.**

Date: _____                                          _____
                                                           United States District Judge

# CERTIFICATE OF SERVICE
### Vivianne H. Barbero v. Equifax Information Services LLC, et al.
### Case No.: 5:14-cv-01356-BLF

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On **January 5, 2015**, I served a true copy of the

**STIPULATION TO DISMISS AND [PROPOSED] ORDER**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Jennifer J. Maston

Place of Mailing: Laguna Beach, California.

Executed on **January 5, 2015,** at Laguna Beach, California.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

STIPULATION TO DISMISS AND [PROPOSED] ORDER

## SERVICE LIST

| | |
|---|---|
| Ben E. Dupre, Esq.<br>Dupre Law Firm P.C.<br>2005 De La Cruz Boulevard<br>Suite 203<br>Santa Clara, CA  95050<br>T: (408)727-5377<br>F: (408)727-5310<br>Email: duprelaw@gmail.com<br>***Attorneys for Plaintiff,***<br>***Vivianne H. Barbero*** | Ronald Wilcox, Esq.<br>Attorney at Law<br>1900 The Alameda<br>Suite 530<br>San Jose, CA  95126<br>T: (408)296-0400<br>F: (408)296-0486<br>Email: ronaldwilcox@gmail.com<br>***Attorneys for Plaintiff,***<br>***Vivianne H. Barbero*** |