1  BEN DUPRE, Bar No. 231191
2005 De La Cruz Bld., Suite 203
2  Santa Clara, CA 95050
Tel: 408-727-5377
3  Fax: 408-727-5310

4  RONALD WILCOX, Bar No. 176601
1900 The Alameda Ste, 530
5  San Jose, CA 95126
Tel: 408-296-0400
6  Fax: 408-296-0486

7  Counsel for the Plaintiff

8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

**(SAN JOSE DIVISION)**

11

12  **Vivianne Barbero**,               )   Case No.: 5:14-cv-01356-BLF
                                        )
13              Plaintiff,              )   **STIPULATION TO DISMISS AND**
                                        )   **~~[PROPOSED]~~ ORDER**
14        v.                            )
                                        )
15                                      )
   **Equifax Information Services, LLC.** )
16  and DOES 1-10,                      )
                                        )
17                                      )
              Defendants.               )
18  _____ )

19

20  TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

21        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant

22  Equifax Information Services, LLC. through their counsel of Record, that:

23        1.    The above-captioned action is voluntarily dismissed, with prejudice, against the

24  Defendant.

25        2.    The parties stipulating here, Plaintiff and Defendant, shall be responsible for their

1  own costs and attorneys' fees associated with this litigation.

2

3  DATED:  January 5, 2015                    **KING & SPALDING LLP**

4

5                                             By /s/ Tom Quinn
                                             Attorney for Defendant

6  DATED:  January 5, 2015

7                                             **DUPRE LAW FIRM, P.C.**

8                                             By /s/ Ben E. Dupre
9                                             Ben Dupre
                                             Attorney for Plaintiff

10

11                          ~~**[PROPOSED]**~~ **ORDER**

12  The Court hereby adopts the stipulation of the parties.

13

14  **IT IS SO ORDERED.**

15

16  Date:   January 6, 2015          _____
                                             United States District Judge

17

18

19

20

21

22

23

24

25

**CERTIFICATE OF SERVICE**

**Vivianne H. Barbero v. Equifax Information Services LLC, et al.**
**Case No.: 5:14-cv-01356-BLF**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On **January 5, 2015**, I served a true copy of the

**STIPULATION TO DISMISS AND [PROPOSED] ORDER**

[ ]     By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ ]     By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X]     By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Jennifer J. Maston

Place of Mailing: Laguna Beach, California.

Executed on **January 5, 2015,** at Laguna Beach, California.

1

<u>**SERVICE LIST**</u>

2

Ben E. Dupre, Esq.                    Ronald Wilcox, Esq.

3

Dupre Law Firm P.C.                   Attorney at Law

2005 De La Cruz Boulevard             1900 The Alameda

4

Suite 203                             Suite 530

5

Santa Clara, CA  95050                San Jose, CA  95126

T: (408)727-5377                      T: (408)296-0400

6

F: (408)727-5310                      F: (408)296-0486

7

Email: duprelaw@gmail.com             Email: ronaldwilcox@gmail.com

8

*Attorneys for Plaintiff,*            *Attorneys for Plaintiff,*

*Vivianne H. Barbero*                 *Vivianne H. Barbero*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS AND [PROPOSED] ORDER